# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 184.78.1.104 | Clearwire US | 2011-04-28 08:20:42 AM |
| 208.49.128.231 | Global Crossing Ltd. | 2011-04-08 04:31:53 AM |
| 24.1.184.152 | Comcast Cable | 2011-04-25 03:38:26 AM |
| 24.15.179.18 | Comcast Cable | 2011-04-13 06:46:16 AM |
| 67.159.37.195 | FDCservers.net | 2011-04-22 07:15:25 AM |
| 67.167.120.158 | Comcast Cable | 2011-04-20 09:38:14 PM |
| 67.167.204.136 | Comcast Cable | 2011-04-07 01:39:26 AM |
| 67.167.233.238 | Comcast Cable | 2011-04-06 06:47:25 AM |
| 67.184.1.84 | Comcast Cable | 2011-04-26 11:42:14 PM |
| 69.246.210.105 | Comcast Cable | 2011-04-24 02:22:43 AM |
| 74.120.201.168 | Tel-Star Cablevision | 2011-04-27 12:48:16 AM |
| 75.129.224.102 | Charter Communications | 2011-04-15 12:46:38 PM |
| 75.21.111.231 | AT&T Internet Services | 2011-04-09 07:45:39 PM |
| 75.21.149.124 | AT&T Internet Services | 2011-04-09 04:24:27 PM |
| 76.29.28.6 | Comcast Cable | 2011-04-24 06:01:49 AM |
| 98.206.233.194 | Comcast Cable | 2011-04-28 02:27:01 AM |
| 98.213.67.227 | Comcast Cable | 2011-04-06 05:53:24 AM |
| 98.215.11.146 | Comcast Cable | 2011-04-04 09:38:49 PM |
| 98.222.15.74 | Comcast Cable | 2011-04-04 09:30:36 PM |
| 98.223.6.255 | Comcast Cable | 2011-04-23 01:36:57 AM |
| 99.135.152.164 | AT&T Internet Services | 2011-04-23 11:10:39 PM |
| 99.142.67.245 | AT&T Internet Services | 2011-04-24 02:22:13 AM |